IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RICARDO ANIBAL DIAZ LOPEZ

DEBTOR

CASE NO 18-03418 MCF

CHAPTER 13

**MOTION ASSUMING LEGAL REPRESENTATION OF the DEBTOR AND REQUEST TO BE ADDED TO MASTER ADDRESS LIST**

**TO THE HONORABLE COURT:**

**COMES NOW, RICARDO ANIBAL DIAZ LOPEZ**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor was previously represented by Attorney Edgardo Mangual Gonzalez, Esq., in the above captioned case.

2. On December 14, 2019, Attorney Mangual-Gonzalez, Esq. filed a motion for leave to withdraw from legal representation, Docket No. 28, in the present case.

3. On January 14, 2020, the aforementioned motion to resign the legal representation of the Debtor, Docket No. 28, was granted by the Court, Docket No. 33, granting the Debtor sixty (60) days to retain new legal representation, Order due by February 18, 2020.

4. On February 15, 2020, the Debtor contracted the services of the undersigned attorney to assume the legal representation for the Debtor, in the present bankruptcy case.

5. That the undersigned attorney requests that his name and address be included in the Master Mailing List in the above captioned case as counsel for

the Debtor and that accordingly, service upon the appearing counsel through the CM/ECF system of all notices and/or documents filed in the present case, is hereby respectfully requested.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court grant leave to the undersigned attorney to enter appearance as the Debtor's counsel of record and that he be included in the Master Address List as attorney for the Debtor in the above captioned case.

**I CERTIFY** that a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notification of same to: the Chapter 13 Trustee, Jose Ramon Carrion Morales, Esq.; Monsita Lecaroz Arribas, Esq., Assistant US Trustee; Edgardo Mangual Gonzalez, Esq., I also certify that a true copy of this motion was sent via US mail to the Debtor Ricardo Anibal Diaz Lopez, 558 Calle San Sebastian San Juan PR 00917.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of February, 2020.

/s/*Roberto Figueroa Carrasquillo*
USDC –DPR #203614
ATTORNEY-AT-LAW
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO. 787-746-5294
Email: rfc@rfigueroalaw.com