IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RICARDO ANIBAL DIAZ LOPEZ<br><br>xx-xx-1709<br><br>Debtor(s) | CASE NO. 18-03418-MCF7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON APR/08/2020 |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS**

You are hereby notified that the meeting of creditors has been rescheduled to May 21, 2020 at 3:15 PM. Meeting will be telephonic. To attend, Dial: **877-503-9625** and enter: **3612957,** when prompted for participation code. Contact the trustee to obtain instructions.

The Trustee assigned to this case is:

**Wigberto Lugo Mender, Chapter 7 Trustee**
**Lugo Mender & Co**
**Centro Internacional de Mercadeo**
**100 Carr 165 Suite 501**
**Guaynabo, PR 00968-8052**
**TEL: (787)707-0404**

San Juan, Puerto Rico, this 8 day of April, 2020.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
**Clerk of the Court**

BY: Marta Borrego
Deputy Clerk